UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CYNTHIA ELLIOTT AYERS,
    et al.                                    DOCKET NO. 1:10-cv-00925 (lead)

VERSUS

A N R Pipeline Company            MAGISTRATE JUDGE JAMES D. KIRK
    et al.

MEMORANDUM RULING

Before the court is a motion for summary judgment (Doc. 159) filed by defendants, ANR Pipeline Company and TransCanada USA Pipeline Services, L.L.C. ("defendants") as to the claims of Sharon Ann Robertson, Allen Shane Robertson, Selena Ann Stephens, and Travis Pritchard. Defendants claim that these plaintiffs' deposition testimony shows that they all have admitted that they suffered no personal injuries or property damage as a result of the ESDs which are the subject of this case. The plaintiffs have failed to file an opposition to the motion or to direct the court to testimony or evidence in opposition to the motion and have failed to assist the court with the resolution of these claims. Therefore, the claims will be dismissed.

.                                  Conclusion

In light of the foregoing:

**IT IS ORDERED** that the defendants' motion for summary judgment (Doc. 159) is hereby **GRANTED** and all claims asserted by Sharon Ann Robertson, Allen Shane Robertson, Selena Ann Stephens, and Travis Pritchard are hereby **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED at Alexandria, Louisiana this 29th day of January, 2015.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE